UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | | |
|---|---|---|---|
| SUSAN SHANKS | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | No: | 1:10-cv-11 |
| v. | ) | | |
| | ) | | |
| UNITED OF OMAHA LIFE INSURANCE | ) | | |
| COMPANY | ) | | |
| | ) | | |
| Defendant. | ) | | |

**STIPULATION OF DISMISSAL**

The parties announce to the Court that all claims pending in this action have been compromised and settled. Each party is to bear its own costs and attorney's fees, and no costs, expenses, or fees are sought. Therefore, the parties stipulate that this case be dismissed, with prejudice.

                                            Respectfully submitted,

BY:    *s/D. Seth Holliday*
           D. Seth Holliday (#023136)
           Eric Buchanan & Associates, PLLC
           414 McCallie Avenue
           Chattanooga, TN 37402
           (423) 634-2506
           sholliday@buchanandisabiliy.com
           Attorney for Plaintiff

           *s/Cameron Hill*
           Cameron S. Hill
           1800 Republic Centre
           633 Chestnut Street
           Chattanooga, TN 37450-1800
           (423)756-2010
           chill@bakerdonelson.com
           Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October, 2010, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will provide notice to all attorneys of record.

Cameron S. Hill
1800 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450-1800
(423)756-2010
chill@bakerdonelson.com

                                                *s/ D. Seth Holliday*
                                                D. Seth Holliday